Brian Carter
_____
Name

185 W 12 St Suite D #132
_____
Address

Ogden, Utah, 84404
_____
City, State, Zip

(801)-686-3847
_____
Phone

briancarter0020@gmail.com
_____
Email

**Check your email.** You will receive information and documents at this email address.

I am  [X] Petitioner                    [ ] Respondent
      [ ] Petitioner's Attorney        [ ] Respondent's Attorney  (Utah Bar #:_____)
      [ ] Petitioner's Licensed Paralegal Practitioner
      [ ] Respondent's Licensed Paralegal Practitioner                    (Utah Bar #:_____)

In the District Court of Utah

_____3rd_____ Judicial District _____Salt Lake_____ County

Court Address _____450 S State St, Salt Lake City, UT 84111_____

| | |
|---|---|
| __BRIAN CARTER_____<br>Petitioner<br><br>v.  WEBER COUNTY CORRECTIONAL<br>FACILITY, ASSISTANT J. WEBSTER,<br>CORPORAL R. TURNER, and<br>LIEUTENANT DRIGGS<br>_____<br>Respondent<br><br>　Caleb Jackson<br>　Paralegal, Mylar Law P.C. | **Counter Motion to**<br>RESPONSE TO MOTION FOR<br>DEFAULT JUDGMENT<br>_____<br>(name of motion)<br>(Utah Rule of Civil Procedure 101)<br><br>**[ ] Hearing Requested**<br><br>230904326<br>_____<br>Case Number<br><br>Joseph Bean<br>_____<br>Judge<br><br>_____<br>Commissioner |

I am filing this Counter Motion in response to  [ ] petitioner's   [X] respondent's

Motion to ____RESPONCE FOR DEFAULT JUDGEMENT____, filed _____11/14/2023_____ (date).

1.    I ask the court to enter an order as follows:
      (Write **what** you want the court to order)

      I would like the court to grant default judgement and to decline propossed offer to extend deadline to respond to amended complaint.

      Due to defendant filing in the wrong court and not answering i would like my default judgement granted for no paperwork from the defendant is valid for it is filed in the 2nd district court instead of the 3rd being untimely filing.

2.    I ask for this order because:
      (Explain **why** you want the court order.)

      I ask the court to deny extension due to the fact that the defendant did not. answer original complaint on 07-25-23 and is in default for judgement nor was. their proposal signed also amended complaint was on 09-20-23 and defendant. still failed to answer in subsequent allowed 21 days rendering application in default. Asking for extension after due date which is illegal passing 21 days.

3.    [x]  The motion is supported by the law because:
      (List any statutes, ordinances, rules or appellate opinions that support/oppose the motion. For example, Utah Code 15-1-201, or Utah Rules of Civil Procedure 67. Explain why they support the motion.)

      Utah R Civ P.12a rules a defendant must serve an answer within 21 days

      If the defendant does not file an answer or an appropriate motion within that time, the plaintiff may ask the court to enter a default judgment. The plaintiff wins for party has not done what is required of them in the time allowed.

4.    [ ] I request a hearing.

      [x] I do not request a hearing.

5.    [x]  I have attached the following documents in support of this motion:

      original complaint with responce not met by defendant as well as amended complaint where defendant failed to answer in allowed time asking for

      extension after allowed time to answer instead of before time was up with extension as proposal and not signed by court or judge being clearly in default of judgement in the plaintiffs favor.

**Plaintiff/Petitioner or Defendant/Respondent**

I declare under criminal penalty under the law of Utah that everything stated in this document is true.

Signed at _____Ogden, Utah_____ (city, and state or country).

___11/15/2023_____
Date

Signature ▶ _Brian Carter_____

Printed Name __BRIAN CARTER_____


**Attorney or Licensed Paralegal Practitioner of record** (if applicable)

_____
Date

Signature ▶ _____

Printed Name _____

## Certificate of Service

I certify that I filed with the court and am serving a copy of this Counter Motion on the following people.

| Person's Name | Service Method | Service Address | Service Date |
|---|---|---|---|
| FRANK MYLAR JR for J. Webster | [ ] Mail<br>[ ] Hand Delivery<br>[x] E-filed<br>[x] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | 2100 Depot Dr, Ogden, Utah,84404 | 11/15/2023 |
| WEBER COUNTY CORRECTIONAL, Corporal R Turner, Lieutenant Driggs, et al. | [ ] Mail<br>[ ] Hand Delivery<br>[X] E-filed<br>[x] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | office@mylarlaw.com (801)858-0700 | 11/15/2023 |
| | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | | |

11/15/2023
_____
Date

Signature ▶ _Brian Carter_

Printed Name    BRIAN CARTER