AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

BRIAN CARTER,

        Plaintiff,

v.

WEBER COUNTY STRIKE FORCE; OFFICER LUNT; and OGDEN POLICE DEPARTMENT,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:23-cv-00094-TC-DAO

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice.

August 26, 2025
*Date*

BY THE COURT:

*Tena Campbell*
Tena Campbell
United States District Judge